# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3240

_____

KLENTON T. MCLEMORE, III,

Appellant,

v.

BARRON & REDDING, P.A.,
CLIFFORD W. SANBORN, SCOTT
H. MCLEMORE, KLENTON L.
MCLEMORE, WILLIAM W.
MCLEMORE, DEBORAH SHOMAN,
ZIRBEL, DEBORAH J. SHOMAN
INC., D.B.A., STEWART &
SHOMAN REPORTING, JOSEPH
SILVA, JR.,

Appellees.

_____

On appeal from the Circuit Court for Bay County.
Wade Mercer, Judge.

February 27, 2024

PER CURIAM.

AFFIRMED.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Klenton T. McLemore, III, pro se, Appellant.

Sarah Cureton and Dixon Ross McCloy Jr. of Hand Arendall Harrison Sale LLC, Panama City, for Appellees Deborah J. Shoman, Inc., Deborah J. Shoman, and Deborah Shoman Zirbel; Scott H. McLemore, pro se; and Thomas J. Guilday and Elizabeth Minor Van den Berg of Guilday Law, P.A., Tallahassee, for Appellees Barron & Redding, P.A., Clifford W. Sanborn, and Clifford W. Sanborn, P.A.